Approved: _Mathew Andrews /JCC_
MATHEW ANDREWS
Assistant United States Attorney

Before: THE HONORABLE LISA MARGARET SMITH
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                :   COMPLAINT   19 mag 6790

- v. -                                   :   Violation of
                                         :   18 U.S.C. § 1709
JUWAN CAESAR,                            :
                                         :   COUNTY OF OFFENSE:
        Defendant.                       :   WESTCHESTER
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

ANGELA FLORA, being duly sworn, deposes and says that she is a Special Agent with the United States Postal Service ("USPS"), Office of Inspector General ("USPS-OIG"), and charges as follows:

COUNT ONE
(Theft of Mail by a Postal Employee)

1. From at least in or about July 8, 2019, in the Southern District of New York and elsewhere, JUWAN CAESAR, the defendant, being a Postal Service and employee, knowingly did embezzle letters, postal cards, packages, bags, and mail, and articles and things contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by a carrier, messenger, agent, and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General or of the Postal Service, and did steal, abstract, and remove from such letters, packages, bags, and mail, articles and things contained therein, to wit, CAESAR, while working as a Postal employee at the Tarrytown Post Office, removed and stole articles contained within envelopes, all of which were intended to be conveyed by mail.

(Title 18, United States Code, Section 1709.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with USPS-OIG and have been so employed since July 2016. I was previously employed as a Special Agent with the Drug Enforcement Administration from June 2004 through September 2013, as a Special Agent with USPS-OIG from September 2013 through December 2014, and as a Special Agent with the Food and Drug Administration, Office of Criminal Investigation, from December 2014 through July 2016. In my current position, I investigate violations of federal criminal laws, including violations of Title 18, United States Code, Section 1709. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses and others, as well as my examination of reports and records. This affidavit is also based upon surveillance that I conducted of the activities of JUWAN CAESAR, the defendant, at the Tarrytown Post Office. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. From my review of records kept by the USPS, I have learned, among other things, that JUWAN CAESAR, the defendant, has been a USPS employee since on or about September 3, 2016. CAESAR currently works at the Tarrytown Post Office as a two-ton truck driver. His responsibilities include, among other things, collecting mail from collection boxes located throughout the Tarrytown area.

4. Based on my review of records of the USPS, I know that in or about December 2018, the USPS-OIG complaint hotline and the United States Postal Inspection Service began receiving complaints from approximately 40 individuals living or working in the Tarrytown area (the "Victims"). The Victims reported that checks that they had sent via mail were either missing, being altered, or being cashed by someone other than the intended recipients. Several of the Victims further reported that their bank accounts had apparently been compromised, as someone was using their accounts to write fraudulent checks.

5. On or about July 2, 2019, a USPS technical operations officer installed video surveillance in the USPS truck that JUWAN CAESAR, the defendant, uses as part of his official duties at USPS. I have reviewed some of the video surveillance footage. Based on my review, I have learned, among other things, the following:

a. On or about July 8, 2019, while he was working, CAESAR was captured on video looking through mail, holding envelopes up to a light located in the back of the USPS truck, and placing several of these envelopes to the side. Thereafter, the surveillance shows CAESAR exiting the truck with several envelopes in his hand. Based on my training and experience, I know that, as a two-ton truck driver, CAESAR's responsibilities do not include sorting mail. Instead, USPS employees, like CAESAR, are instructed to simply collect mail and place it in the truck.

2

    b. Thereafter, on or about July 17, 2019, while he was working, CAESAR was captured on video looking through mail, holding envelopes up to a light located in the back of the USPS truck, and placing several of these envelopes to the side. He later takes the envelopes, stuffs them into his pants, and walks out of the USPS truck.

    c. The next day, on or about July 18, 2019, while he was working, CAESAR was captured on video looking through mail and placing several of these envelopes to the side. He then takes the envelopes and place them under a visor on the driver's side of the vehicle. The surveillance later shows CAESAR taking the envelopes. He attempts to place the envelopes into his pants' pocket, but instead places them into his jacket pocket, and walks out of the USPS truck.

   6. On Or about July 22, 2019, law enforcement officers arrested JUWAN CAESAR, the defendant in Tarrytown, New York, after he left the Post Office at which he worked. Following his arrest, I participated in an interview of CAESAR. The interview was video-recorded. After waiving his *Miranda* rights and agreeing to speak with law enforcement officers, CAESAR stated, among other things, in sum and substance, that he had been stealing mail since January 2019.

   7. Based on the foregoing, I believe there is probable cause to believe that JUWAN CAESAR, the defendant, is stealing mail, which he was responsible for collecting.

   WHEREFORE, deponent prays that JUWAN CAESAR, the defendant, be imprisoned or bailed, as the case may be.

               */s/ Angela Flora*
               ANGELA FLORA
               Special Agent
               United States Postal Service
               Office of Inspector General

Sworn to before me this
23rd day of July, 2019

*/s/ Lisa Margaret Smith*
THE HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK